UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY HATTON, DAVID GARCIA, VUVINNOE DARKESE, VINCE MARTINEZ, ABUNWA COOPER, and BERNARDO SOTO, INDIVIDUALLY AND ON BEHALF OF THEMSELVES AND A PROPOSED CLASS OF SIMILARLY SITUATED PERSONS, | § § § § § § § § | |
| | § | CIVIL ACTION NO. 25-3373 |
| Plaintiffs, | § | |
| v. | § § | |
| RICKY SHULER TRUCKING, INC., RICKY SHULER, JEFFREY MARONEN, and DANIEL SANCHEZ | § § § | JURY DEMANDED |
| Defendants | § § | |

## EXHIBITS TO PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER, TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs Jerry Hatton, David Garcia, Vuvinnoe Darkese, Vince Martinez, Abunwa Cooper, and Bernardo Soto ("Plaintiffs") on behalf of themselves and a proposed class of similarly situated contractors submit this their Exhibits to Plaintiffs' Emergency Motion for Protective Order, Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

THE LAW OFFICES OF ORIN H. LEWIS, PLLC

By: _____/s/_____
Orin H. Lewis
olewis@orinhlewis.com
State Bar No. 00791110
808 Travis St., Street, Suite 1412
Houston, Texas 77002
Telephone: 713.489.9988
Facsimile: 713.489.1348

CROWLEY NORMAN LLP


By: _____/s/_____
        Richard Norman
        rnorman@crowleynorman.com
        State Bar No. 00788128
        R. Martin Weber
        mweber@crowleynorman.com
        State Bar No. 00791895
        Three Riverway, Suite 1775
        Houston, Texas 77056
        Telephone: 713.651.1771
        Facsimile: 713.651.1775


**ATTORNEY FOR PLAINTIFFS**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2025, I provided Douglas Koger a copy of this this

document via email at dekoger@kogerlaw.com.


_____/s/_____
Orin H. Lewis

| Exh. No. | Description |
|---|---|
| 1 | Declaration of Orin H. Lewis |
| 2 | Declaration of David Garcia |
| 3 | Declaration of Bernardo Soto |
| 4 | July 24, 2025 Email from Orin Lewis to Douglas Koger |
| 5 | August 10, 2025 Email from Douglas Koger to Orin Lewis |
| 6 | August 12, 2025 Email from Orin Lewis to Douglas Koger |
| 7 | Garcia DocuSign Envelope |
| 8 | RST August 22, 2025 Garcia Settlement Statement |
| 9 | Soto OOLA |
| 10 | Soto 2019 CLA |
| 11 | RST February 18, 2020 Soto Settlement Statement |
| 12 | RST May 14, 2024 Soto Settlement Statement |
| 13 | RST February 25, 2025 Soto Settlement Statement |
| 14 | RST March 3, 2025 Soto Settlement Statement |
| 15 | RST March 10, 2025 Soto Settlement Statement |
| 16 | RST March 23, 2025 Soto Settlement Statement |
| 17 | RST March 29, 2025 Soto Settlement Statement |
| 18 | RST April 3, 2025 Soto Settlement Statement |
| 19 | RST April 10, 2025 Soto Settlement Statement |
| 20 | Soto 2025 CLA |
| 21 | RST June 9, 2025 Soto Settlement Statement |
| 22 | RST June 13, 2025 Soto Settlement Statement |
| 23 | RST June 20, 2025 Soto Settlement Statement |
| 24 | RST June 30, 2025 Soto Settlement Statement |
| 25 | RST July 3, 2025 Soto Settlement Statement |
| 26 | RST July 11, 2025 Soto Settlement Statement |
| 27 | RST July 18, 2025 Soto Settlement Statement |
| 28 | RST July 24, 2025 Soto Settlement Statement |
| 29 | RST August 11, 2025 Soto Settlement Statement |
| 30 | August 11, 2025 text exchange between Soto and Vandiver |
| 31 | RST August 15, 2025 Soto Settlement Statement |
| 32 | RST August 22, 2025 Soto Settlement Statement |
| 33 | DOT Authority History for RST |
| 34 | Machinery Auctioneers Webpage Concerning Soto 2020 Mack |
| 35 | Garcia Donor Copy of Quest Drug Testing Form |