## Authority History

| US DOT: | 1580758 | Docket Number: | MC00585305 |
|---|---|---|---|
| **Legal Name:** | RICKY SHULER TRUCKING INC | | |

| Sub | Auth Type | Original Action | | Disposition | |
|---|---|---|---|---|---|
| | **MOTOR PROPERTY COMMON CARRIER** | REINSTATED | 12/10/2007 | | |
| | **MOTOR PROPERTY COMMON CARRIER** | GRANTED | 04/26/2007 | **REVOKED** | 11/28/2007 |

Carrier Details      Active/Pending Insurance      Rejected Insurance      Insurance History      Pending Application      Revocation

April 10, 2025

FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts

**PEX 33**