

Robert R. Burford
909 Fannin St., Suite 2630
Houston, Texas 77010
rburford@burfordperry.com

Partner
Telephone: (713) 401-9790
Facsimile: (713) 993-7739
www.burfordperry.com

September 5, 2025

**<u>Via E-Filing</u>**
Mr. Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, Texas 77208

  Re: Civil Action No. 25-3373; *Jerry Hatton, et al. v. Ricky Shuler Trucking, Inc., et al.*; United States District Court for the Southern District of Texas, Houston Division.

Dear Mr. Ochsner:

  The attached Declarations are being filed in support of *Defendants' Brief in Opposition to Plaintiff's Requested Temporary Restraining Order* filed on September 4, 2025:

  DEX A  Declaration of Jeff Maronen
  DEX B  Declaration of Salvador Gomez

  Thank you for your assistance in this matter.

            Very truly yours,

            */s/ Robert R. Burford*

            Robert R. Burford

RRB/vld
Attachments
cc: All Counsel of Record