UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY HATTON, DAVID GARCIA, VUVINNOE DARKESE, VINCE MARTINEZ, ABUNWA COOPER, and BERNARDO SOTO, INDIVIDUALLY AND ON BEHALF OF THEMSELVES AND A PROPOSED CLASS OF SIMILARLY SITUATED PERSONS, | § § § § § § § | **EXHIBIT DEX B** |
| Plaintiffs, | § § § § § § | Civil Action No. 25-3373 |
| v. RICKY SHULER TRUCKING, INC. RICKY SHULER, JEFFREY MARONEN, and DANIEL SANCHEZ, | § § § § § § | JURY DEMANDED |
| Defendants | § § | |

## DECLARATION OF SALVADOR GOMEZ

1.     My name is Salvador Gomez. I am the Senior Logistics Manager of defendant Ricky Shuler Trucking, Inc. ("**RST**"), a named defendant in the above-styled suit (the "**Lawsuit**"). I have personal knowledge of the facts stated in this declaration. I am over the age of twenty-one years and fully competent to make this declaration.

2.     Plaintiff David Garcia is an RST contractor who, during the relevant time period, worked RST's South Texas Region, internally referred to as "STX," which includes Eastside, Stockdale and Kenedy areas. In the STX region, NGL Energy Partners ("**NGL**") is RST largest client.

1

3.     On May 20, 2025, and at the instruction of NGL, Garcia was banned from performing any further NGL jobs. Being RST's largest client in the STX region, the ban had a negative impact on the number of jobs assigned to Garcia.

4.     On August 16, 2025, there were 22 loads available. Three were Shell Oil jobs, four were BP jobs, and the remaining 15 were NGL jobs. Garcia was not eligible for the 15 NGL jobs because of the ban. The NGL and BP jobs had to completed outside of Garcia's shift, which starts at midnight. Garcia was not assigned any jobs on August 16, 2025 because there were none available to give him.

5.     On August 17, 2025, there were 19 loads available. Five were BP jobs, 12 were NGL jobs, and two were Shell Oil jobs. The BP jobs again had to be completed outside of Garcia's shift that starts at midnight. He was ineligible for NGL jobs. He was assigned one of the Shell Oil jobs, which he completed. He was later assigned the remaining job. The remaining job required him to travel 49 miles to the load site with an empty trailer, what we refer to as deadhead miles. Thereafter, the job would have required Garcia to transport the load 61 miles to a location closer to where he typically parked his truck at the end of his shift. This job was offered to Garcia because it was all RST had to offer for the STX region at that time.

6.     On August 19, 2025, there were 17 available jobs. Five were BP jobs that again had to be completed outside of Garcia's shift that started at midnight. Eight were NGL jobs for which Garcia was ineligible. Of the four Shell Oil jobs, three were assigned to Garcia.

7.     While it is rare, occasionally an RST contractor will be scheduled to work a day but is not assigned any jobs. This generally will happen when the load count is low. Night drivers will occasionally begin their shift with no loads until they start being called in by clients. For Garcia, who is a night driver, being banned by NGL, the largest client in his working region, affects the loads that can be assigned to him.

8.     I declare under penalty of perjury that the foregoing is true and

2

correct.


Executed by:

Signed by:

*Salvador Gomez*

16BCB816387D4F7...                                    9/5/2025
_____         _____
Salvador Gomez                                        Date